UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-22847-KMW

HOWARD COHAN,

    Plaintiff,

vs.

THE COLLECTION LLC,
d/b/a FERRARI OF MIAMI,

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, THE COLLECTION LLC, d/b/a FERRARI OF MIAMI ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 3rd day of November, 2022.

| BY: /s/ *Jason S. Weiss* | BY: /s/ *Sean A. Burstyn* |
|---|---|
| Jason S. Weiss | Sean A. Burstyn |
| Jason@jswlawyer.com | Florida Bar No. 1028778 |
| Florida Bar No. 356890 | **BURSTYN LAW PLLC** |
| **WEISS LAW GROUP, P.A.** | sean.burstyn@burstynlaw.com |
| 5531 N. University Drive, Suite 103 | 1101 Brickell Avenue |
| Coral Springs, FL 33067 | Suite S-700 |
| Tel: (954) 573-2800 | Miami, Florida 33131 |
| Fax: (954) 573-2798 | Tel: (305) 204-9808 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |